UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Criminal No. 3:22-cr-00011-GFVT-MAS-1 |
| v. | ) | **ORDER** |
| CHARLES CRAWFORD, | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendant Charles Crawford's Motion to Continue Trial. [R. 13.] Trial is currently set for November 14, 2022. [R. 10.] As grounds for the motion, Mr. Crawford represents that "a few key pieces of evidence are in the hands of state authorities. A meeting has been scheduled by the parties to review this additional discovery for the [sic] October 24, 2022. After review of the additional evidence, Counsel will be able to determine additional avenues of investigation to prepare an effective defense for the accused. Also after review of the additional discovery, the parties will attempt to resolve this matter short of a trial." [R. 13 at 1.]

Counsel has advised Mr. Crawford of his rights under the Speedy Trial Act, and he has consented to a continuance. *Id.* at 2. The United States has no objection to the delay. *Id.* Counsel avers that the need to postpone trial to prepare an effective defense outweighs the interest of the public and of the defendant in a speedy trial, and Counsel avows that they do not seek to defer trial out of a mere desire to delay prosecution of this matter. *Id.*

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. Mr. Crawford's Motion to Continue Trial **[R. 13]** is **GRANTED**;

2. Trial in this matter, which is currently scheduled for November 14, 2022, is **CONTINUED** to **Tuesday, January 10, 2023**, at the hour of **10:00 a.m.** in **Frankfort**, Kentucky, with counsel to arrive by **9:30 a.m.**;

3. The pretrial deadlines set forth in the Court's Standing Pretrial and Trial Management Order shall be relative to this new trial date;

4. In the event a plea agreement is reached in this matter, any motion for rearraignment shall be filed **no later than (14) days** prior to the trial date. Further, if the parties execute a written plea agreement, the United States of America is directed to provide a courtesy copy to the undersigned's Chambers at *GFVT_chambers@kyed.uscourts.gov* **no later than two (2) days** before the scheduled rearraignment; and

5. The time between October 21, 2022, and January 10, 2023, is **DECLARED** excludable, as the Court **FINDS** that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial.

This the 24th day of October, 2022.

Gregory F. Van Tatenhove
United States District Judge