UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal No. 3:22-cr-00011-GFVT-MAS-1 |
| v. | ) ) ) | **ORDER** |
| CHARLES CRAWFORD, | ) ) ) | |
| Defendant. | ) ) | |

*** *** *** ***

This matter is before the Court on the Motion for Rearraignment filed by Defendant Charles Crawford. [R. 16.] Because the Defendant's motion evinces his intent to plead guilty rather than proceed to trial, the Court will continue his trial date and declare the time between the filing of the Motion and the date of the rearraignment as excludable pursuant to the Speedy Trial Act. *See* 18 U.S.C. § 3161, *et seq*. Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Defendant's Motion for Rearraigment **[R. 16]** is **GRANTED**;

2. The Defendant's Rearraignment is set for **Tuesday, January 3, 2023,** at the hour of **1:30 p.m.**, before United States District Judge Gregory F. Van Tatenhove, United States Courthouse, **FRANKFORT**, Kentucky;

3. The Jury Trial currently set for January 10, 2023, is **CONTINUED GENERALLY**, pending Defendant's rearraignment;

4. In light of the Defendant's Motion for Rearraignment and upon the Court's own motion, the time between December 16, 2022, and January 3, 2023, is **DECLARED** excludable pursuant to 18 U.S.C. § 3161(h)(1); *C.f. United States v. Mentz*, 840 F.2d 315, 330 (6th Cir.

1988) (days associated with entry of guilty plea chargeable to the defendant as a "period of delay resulting from other proceedings concerning the defendant").

This the 28th day of December 2022.

Gregory F. Van Tatenhove
United States District Judge