UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Crim. No. 3:22-cr-00011-GFVT |
| ) | |
| v. ) | |
| ) | **PRELIMINARY JUDGMENT** |
| ) | **OF FORFEITURE** |
| CHARLES CRAWFORD, ) | |
| ) | |
| Defendant. ) | |

*** *** *** ***

Based upon the Plea Agreement [R. 19], and for the reasons stated at bar, it is hereby

**ORDERED**, **ADJUDGED** and **DECREED** that the following property is hereby condemned and forfeited to the United States of America pursuant to 18 U.S.C. § 2253:

**ELECTRONIC EQUIPMENT:**

a. Vivtar DVR 757 HD Camera, Volume SN: HT000000578171;
b. Micro SD Card, SN: 00056894; and
c. All software and peripherals which are contained on or associated with the listed computers and/or cellular phones.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**IT IS FURTHER ORDERED** that pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall become final as to the Defendant at the time of sentencing and be made part of the sentence and included in the judgment.

**IT IS FURTHER ORDERED** that an agency of the United States shall forthwith seize the above-described property and maintain custody of it in accordance with 21 U.S.C. § 853 and all relevant laws until further order of this Court.

**IT IS FURTHER ORDERED** that the United States shall provide notice to all persons who may have an interest in the above-described property, pursuant to Federal Rule of Criminal Procedure 32.2(b)(6), and is authorized to conduct appropriate discovery and any necessary ancillary proceedings as to the rights of third parties, pursuant to 21 U.S.C. § 853(n) and Federal Rule of Criminal Procedure 32.2(c). Any media and storage materials listed above that contain sexually explicit images of minors, as defined by federal law, shall not be included in the notice of forfeiture and may be destroyed by the investigative agency in accordance with agency policy when no longer needed as evidence.

**IT IS FURTHER ORDERED** that the Clerk deliver copies of this Order to all counsel of record and United State Probation.

This the 23rd day of January 2023.

Gregory F. Van Tatenhove
United States District Judge