UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Crim. No. 3:22-cr-00011-GFVT-MAS-1 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CHARLES CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on its own motion.  Sentencing in this case is currently scheduled for April 28, 2023, at 3:30 p.m.  [R. 25.]  Due to a scheduling conflict, that date is no longer available.  Accordingly, and the Court being otherwise sufficiently advised, Sentencing is **RESCHEDULED** for Monday, July 3, 2023, at 3:30 p.m. at the United States District Courthouse in Frankfort, Kentucky.

This the 31st day of March 2023.

Gregory F. Van Tatenhove
United States District Judge