**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**FRANKFORT**

**CRIMINAL ACTION NO. 22-11-GFVT**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**


**V.**            **MOTION FOR APPOINTMENT OF GUARDIAN *AD LITEM***


**CHARLES CRAWFORD**                                                          **DEFENDANT**

\*   \*   \*   \*   \*

The United States respectfully moves, pursuant to 18 U.S.C. § 3509(h), for an order appointing a guardian *ad litem* for Minor Victim 1 (V1) in the above-captioned case.  In support of this motion, the United States states as follows:

1.      On September 1, 2022, defendant Charles Crawford was charged by indictment with production and possession of child pornography (for his actions related to V1).  [R.1:  Indictment.]

2.      On January 3, 2023, pursuant to a plea agreement, the defendant pleaded guilty to production of child pornography involving V1, and agreed that any minor identified in the images would be entitled to restitution.  [R. 19:  Plea Agreement at ¶5(h).]

3.      Pursuant to the Crime Victims' Rights Act, "[i]n the case of a crime victim who is under 18 years of age, . . . the legal guardians of the crime victim or . . . family members, or any other persons appointed as suitable by the court, may assume the crime victim's rights under this chapter."  18 U.S.C. § 3771(e)(2)(B).  Furthermore, federal law

provides that the court "may appoint, and provide reasonable compensation and payment of expenses for, a guardian *ad litem* for a child who was a victim of, or a witness to, a crime involving abuse or exploitation to protect the best interests of the child." 18 U.S.C. § 3509(h)(1). "In making the appointment, the court shall consider a prospective guardian's background in, and familiarity with, the judicial process, social service programs, and child abuse issues." *Id.*

4.     Currently, the United States has been unable to ascertain the appropriate legal guardian of V1 that is willing to act on behalf of V1 in the assumption of her victim's rights, including accepting offers of restitution.

5.     Accordingly, the United States respectfully requests the appointment of a guardian *ad litem* for V1 in this federal proceeding, both to protect the minors' interests and to provide clarity for the federal record regarding who is "assum[ing] the crime victim's rights" under 18 U.S.C. § 3771.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By:     /s/ Erin M. Roth
        Assistant United States Attorney
        Eastern District of Kentucky
        260 W. Vine Street, Suite 300
        Lexington, Kentucky 40507
        859-685-4872
        Erin.Roth@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 9, 2023, I electronically filed the foregoing with the clerk of court by using the CM/ECF filing system, which will send an electronic notice to counsel of record.

/s/ Erin M. Roth
Assistant United States Attorney