UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Crim. No. 3:22-cr-00011-GFVT-MAS-1 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CHARLES CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on a Motion for Leave to Seal filed by the United States. [R. 33.]  The Government asks the Court to maintain a victim impact statement [R. 34] under seal.  The statement contains personal identifying information for the victim in this case.  [R. 33.] Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The Motion for Leave to Seal **[R. 33]** is **GRANTED**; and

2. The Clerk is **DIRECTED** to maintain the document located at **[R. 34]** under seal.

This the 9th day of August 2023.

Gregory F. Van Tatenhove
United States District Judge